FILED
May 13, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LACEY COX,<br><br>Defendant. | Case No. 2:09-MJ-00138-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LACEY COX , Case No.  2:09-MJ-00138-DAD , Charge  18 USC §1708(F) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of $_____

       __   Unsecured Appearance Bond

       __   Appearance Bond with 10% Deposit

       __   Appearance Bond with Surety

       __   Corporate Surety Bail Bond

   ✔   (Other)   Conditions of Release as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 13, 2009  at  2:00 pm .   *effective 5/14/09 at 9:00a.m.*

                                                       By   /s/ Gregory G. Hollows
                                                           Gregory G. Hollows
                                                           United States Magistrate Judge

Copy 5 - Court